# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD ALLEN HAMMONDS,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:11-1666 |
| v. | : | (MANNION, D.J.) |
| | : | (SCHWAB, M.J.) |
| **JEROME WALSH,** *et. al.*, | : | |
| Defendants | : | |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's appeal of Judge Schwab's order denying his motion for sanctions, (Doc. 134), is **DENIED**;

**(2)** Judge Schwab's report and recommendations, (Doc. 133), are **ADOPTED IN FULL**;

**(3)** Defendant Mirarchi's motion for summary judgment, (Doc. 125), is **GRANTED**;

**(4)** The clerk is **ORDERED** to enter judgment in favor of Defendant Mirarchi;

**(5)** Motions in Limine and supporting briefs are to be filed on or before **August 1, 2014.**

**(6)** A final pretrial conference will be held on **August 13, 2014 at 1:30 PM**, in Courtroom #3, William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue,

Scranton, PA, and;

**(7)** The **jury trial** will begin with jury selection on **September 2, 2014**, at **9:30 AM** in the same location as noted above.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 10, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-1666-01-ORDER.wpd