# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD ALLEN HAMMONDS,** | : | |
| Plaintiff | : | **CIVIL ACTION NO. 3:11-1666** |
| v. | : | **(MANNION, D.J.)** |
| **JEROME WALSH, *et. al.*,** | : | |
| Defendants | : | |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. The plaintiff's Motion for a New Trial, (Doc. 198), is **DISMISSED** as untimely.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 6, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-1666-02-ORDER.wpd